# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Diana Nadeau, individually and on behalf of the next-of-kin John Nadeau, | ) ) ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) ) ) |
| David Shipman, in his individual and official capacity as Morton County Sheriff, et. al., | ) ) ) Case No. 1:17-cv-074 |
| Defendants. | ) ) |

On June 28, 2018, the parties filed a stipulation to extend all pretrial deadlines by 90 days. The court **ADOPTS** the parties' stipulation and amends the pretrial deadlines as follows:

1. The parties shall have until October 25, 2018, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a. Plaintiff's expert witnesses and complete reports by November 15, 2018;

   b. Defendants' expert witnesses and complete reports by December 28, 2018; and

   c. All parties' rebuttal expert witnesses and complete reports by January 15, 2019.

   (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

1

3. The parties shall have until March 15, 2019, to complete discovery depositions of expert witnesses.

4. The parties shall have until April 2, 2019, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 29th day of June, 2018.

<u>*/s/ Charles S. Miller, Jr.*</u><br>
Charles S. Miller, Jr., Magistrate Judge<br>
United States District Court