# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Diana Nadeau, individually and on behalf of the next-of-kin John Nadeau, | )<br>)<br>) |
| Plaintiff, | ) **ORDER ADOPTING STIPULATION**<br>) **TO EXTEND EXPERT DISCOVERY**<br>) **DEADLINES** |
| vs | )<br>) |
| David Shipman, in his individual and official capacity as Morton County Sheriff, et. al., | )<br>)<br>) Case No. 1:17-cv-074 |
| Defendants. | )<br>) |

On March 6, 2019, the parties filed a Stipulation to Extend Expert Discovery Deadlines. The court **ADOPTS** the parties' stipulation (Doc. No.74). The deadlines for completing expert discovery are amended as follows:

1. The Plaintiff shall have until April 1, 2019, to provide the names of expert witnesses and complete reports relating to one of one of the Plaintiff's experts. Otherwise, the March 15, 2019, deadline remains in place.

2. Defendants shall have until May 13, 2019, to provide the names of expert witnesses and compete reports.

3. The parties shall have until May 28, 2019, to provide the names of rebuttal witnesses and compete reports.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court