# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Diana Nadeau, individually and on behalf of the next-of-kin of John Nadeau, ) ) ) Plaintiff, ) ) vs. ) ) David Shipman, in his individual and official capacities as Morton County Sheriff, Deborah Addy, in her individual capacity, Boyd Addy in his individual capacity, Tina George, in her individual capacity, John Does 1-2, in their individual capacities as Morton County correctional officers, John Does 3-4, in their individual capacities as Morton County Correctional Center medical staff, and Morton County, ) ) ) Defendants. | **ORDER** Case No. 1:17-cv-074 |

Before the court is a "Motion to Extend Dispositive Motion Deadline" filed by defendants and a "Stipulation to Extend Dispositive Motion Deadline" filed by the parties. The court **GRANTS** the motion (Doc. No. 76) and **ADOPTS** the stipulation (Doc No. 78). The parties shall have until August 9, 2019, to file dispositive motions. Plaintiff shall have 31 days to file a response to any dispositive motion filed by defendants.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court