# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Diana Nadeau, individually and on behalf of the next-of-kin of John Nadeau, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| David Shipman, in his individual and official capacities as Morton County Sheriff, Deborah Addy, in her individual capacity, Boyd Addy in his individual capacity, Tina George, in her individual capacity, John Does 1-2, in their individual capacities as Morton County Correctional Center medical staff, and Morton County, | ) ) ) ) ) ) ) ) ) | Case No. 1:17-cv-074 |
| Defendants. | ) | |

The court shall conduct a status conference with the parties by telephone on December 4, 2019, at 3:00 p.m. To participate in the conference call, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court