# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Diana Nadeau, individually and on behalf of the next-of-kin of John Nadeau,  )<br><br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>David Shipman, et al.,  )<br>  )<br>Defendants.  ) | **ORDER SCHEDULING STATUS CONFERENCE**<br><br>Case No. 1:17-cv-074 |

The magistrate judge shall hold a status conference with the parties by telephone on September 16, 2020, at 9:00 AM CDT. To participate in the conference, the parties should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 15th day of September, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court